FILED
April 2, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      RR
         Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>JAMES RONALD GARDELLA, III<br><br>Defendant | Case No: SA:25-CR-00180-XR<br><br>**INDICTMENT**<br><br>COUNT 1: 18 U.S.C. §§ 2251(a) & (e) – Production of visual depictions involving the sexual exploitation of a minor<br><br>COUNT 2: 18 U.S.C. §§ 2252(a)(2) & (b)(1) – Distribution of visual depictions involving the sexual exploitation of a minor<br><br>COUNT 3:  18 U.S.C. §§ 2252(a)(4) & (b)(2) – Possession of visual depictions involving the sexual exploitation of a minor |

**THE GRAND JURY CHARGES:**

COUNT ONE
[18 U.S.C. §§ 2251(a) & (e)]

Between on or about July 18, 2016, and on or about July 18, 2018, within the Western District of Texas, the defendant,

**JAMES RONALD GARDELLA, III,**

did employ, use, persuade, induce, entice and coerce a minor, and attempt to employ use, persuade, induce, entice and coerce a minor, CV1, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, and which visual depiction was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

1

## COUNT TWO
**[18 U.S.C. §§ 2252(a)(2) & (b)(1)]**

Between on or about October 29, 2024, and on or about March 10, 2025, within the Western District of Texas and elsewhere, the defendant,

**JAMES RONALD GARDELLA, III,**

did knowingly distribute, and attempt to distribute, a visual depiction using any means and facility of interstate and foreign commerce, and that had been transported in and affecting interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT THREE
**[18 U.S.C. §§ 2552(a)(4) & (b)(2)]**

On or about March 11, 2025, within the Western District of Texas, the defendant,

**JAMES RONALD GARDELLA, III,**

did knowingly possess and access with intent to view, and attempt to possess and access with intent to view, at least one matter which contains any visual depiction that was produced using materials which had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, and the visual depiction involved in the offense involved a prepubescent minor and a minor who had not attained 12 years of age, all in violation of Title 18, United States Code, Sections 2252(a)(4) and (b)(2).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### Receipt of Child Pornography Violations and Forfeiture Statutes
[Title 18 U.S.C. §§ 2251(a)/(e), 2252(a)(2)/(a)(4)/(b)(1), and (b)(2), subject to forfeiture pursuant to Title 18 U.S.C. § 2253(a)(1), (2), and (3)]

As a result of the criminal violations set forth in Counts One through Three, the United States gives notice to the Defendant of its intent to seek the forfeiture of the property described below, including but not limited to the digital and electronic devices seized by law enforcement during the investigation of this case and any and all online accounts used to facilitate the offenses, upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 2253(a)(1), (2), and (3), which state:

**Title 18 U.S.C. § 2253. Criminal forfeiture**

**(a) Property subject to criminal forfeiture.**—A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter or who is convicted of an offense under section 2251B of this chapter, or who is convicted of an offense under chapter 109A, shall forfeit to the United States such person's interest in-

**(1)** any visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;
**(2)** any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
**(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

This Notice of Demand for Forfeiture includes but is not limited to following property:

1. Acer laptop;
2. iPhone;
3. Mustex Desktop;
4. HP Pro Desktop;
5. 8 USB Thumb Drives

6. 2 Desktop computers;
7. External Hard Drive;
8. 2 Floppy Disks;
9. 3 CD's;
10. Lexar Thumb Drive;
11. SD card; and
12. Any and all other property involving any visual depiction described in Title 18, United States Code sections 2251, 2251A, 2252, 2252A, 2252B, or 2260.

A TRUE BILL

████████████████████████

FOREPERSON OF THE GRAND JURY


MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

BY: _____
FOR CHRISTOPHER K. MANGELS
Assistant United States Attorney

4