UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CRIMINAL NO.  SA-25-CR-00180-XR |
| § | |
| JAMES RONALD GARDELLA, III, § | |
| § | |
| Defendant. § | |

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files the following Bill of Particulars for Forfeiture of Properties.

The Indictment (Doc. 10), returned on April 2, 2025, gave notice that the United States seeks the criminal forfeiture of certain property pursuant to Title 18 U.S.C. § 2253(a)(1), (2), and (3), from the Defendant. Specifically, this Bill of Particulars seeks the criminal forfeiture of property which is included herein.

The United States hereby gives notice that it seeks the criminal forfeiture of certain property from the Defendant for the violations of Title 18 U.S.C. §§ 2251(a)/(e), 2252(a)(2)/(a)(4)/(b)(1), and (b)(2) as follows:

### NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### Receipt of Child Pornography Violations and Forfeiture Statutes
[Title 18 U.S.C. §§ 2251(a)/(e), 2252(a)(2)/(a)(4)/(b)(1), and (b)(2), subject to forfeiture pursuant to Title 18 U.S.C. § 2253(a)(1), (2), and (3)]

As a result of the criminal violations set forth in Counts One through Three, the United States gives notice to the Defendant of its intent to seek the forfeiture of the property described below, including but not limited to the digital and electronic devices seized by law enforcement

during the investigation of this case and any and all online accounts used to facilitate the offenses, upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 2253(a)(1), (2), and (3), which state:

> **Title 18 U.S.C. § 2253. Criminal forfeiture**
>
> > **(a) Property subject to criminal forfeiture.**—A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter or who is convicted of an offense under section 2251B of this chapter, or who is convicted of an offense under chapter 109A, shall forfeit to the United States such person's interest in-
> >
> > > **(1)** any visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;
> > > **(2)** any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
> > > **(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.
>
> This Notice of Demand for Forfeiture includes but is not limited to following property:
>
> 1. Acer Laptop Computer ID# NXK65AA00121220013400;
> 2. iPhone ID #DKW4HX6PYW;
> 3. MuseTex Desktop Computer ID# CX750FRGB;
> 4. HP Pro Desktop Computer ID# MXL9042542;
> 5. 8 USB Thumb Drives;
> 6. Montech Desktop Computer ID# 34772-64GBGA1217;
> 7. Dell Desktop Computer ID# 004000078;
> 8. External Hard Drive;
> 9. 2 Floppy Disks;
> 10. 3 CD's;
> 11. Lexar Thumb Drive;
> 12. SD Card; and
> 13. Any and all other property involving any visual depiction described in Title 18, United States Code sections 2251, 2251A, 2252, 2252A, 2252B, or 2260.

                                                      Respectfully submitted,

                                                      MARGARET F. LEACHMAN
                                                      Acting United States Attorney

By:      /s/
                                                      MARY NELDA G. VALADEZ
                                                      Assistant United States Attorney
                                                      Chief, Asset Forfeiture Section
                                                      601 N.W. Loop 410, Suite 600
                                                      San Antonio, TX 78216
                                                      Tel: (210) 384-7040
                                                      Fax: (210) 384-7045
                                                      Texas Bar No. 20421844
                                                      Email: mary.nelda.valadez@usdoj.gov

                                                      Attorney for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participant:

**Alfredo R. Villarreal**
Federal Public Defender, TXW
San Antonio
300 Convent Street
Suite 2300
San Antonio, TX 78205
Email: alfredo_villarreal@fd.org
Attorney for Defendant James Ronald Gardella, III

                                                      /s/
                                                      MARY NELDA G. VALADEZ
                                                      Assistant United States Attorney